1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       Jeff.Nedrow@usdoj.gov
8
   Attorneys for United States of America
9

                                                    FILED

                                                    OCT 2 7 2015

                                                    SUSAN Y. SOONG
                                            CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
                                                    SAN JOSE

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,            )  NO. CR 01mj210-RS
14                                      )
          Plaintiff,                    )  UNITED STATES' MOTION TO DISMISS
15                                      )  COMPLAINT
      v.                                )
16                                      )
   CARLOS GONZALES PEREZ,               )
17                                      )
          Defendant.                    )
18   _____)

19
          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the Complaint without prejudice in the
21
   above-referenced case and asks that the arrest warrant be recalled.
22

23 DATED: October 23, 2015                    Respectfully submitted,

24                                             MELINDA HAAG
                                               United States Attorney
25

26

27                                             _____
                                               JEFFREY D. NEDROW
28                                             Assistant United States Attorney

1      IT IS HEREBY ORDERED that Complaint CR 01mj210-RS is dismissed and that the arrest

2   warrant for Carlos Gonzales Perez is hereby recalled.

3

4

5   Date: Oct 27, 2015

THE HONORABLE BETH LABSON FREEMAN
6                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28